1

2

3

4

5

6

7

8

9

10

**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 11  WRITERS GUILD OF AMERICA, WEST, INC., | No.  CV 13–0961 PA (SPx) |
| 12                    Plaintiff, | JUDGMENT |
| 13          v. | |
| 14  ORPHAN HOUSE PRODUCTIONS, LLC, et al. | |
| 15 | |
| 16                    Defendants. | |
| 17 | |

In accordance with the Court's June 17, 2013 order granting plaintiff Writers Guild of America West, Inc.'s ("Plaintiff's") Motion to Confirm Arbitration Award,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1.      The Arbitration Award issued by arbitrator Charles Askin in Case No. 11-CO-022 on July 18, 2012, is confirmed in all respects;

2.      Defendants Orphan House Productions, LLC and Karen Tobin ("Defendants") shall pay Plaintiff, on behalf of David Golden, the full amount that the WGAW shows is due in this claim, in the amount of $115,626.00;

3.      Defendants shall pay interest on the full unpaid balance, pursuant to the Arbitration Award, at the rate of 1.5% per month on the unpaid compensation and 0.83% per month on the unpaid pension and health contributions;

1        4.     Defendants shall reimburse Plaintiff 50% of the Arbitrator's fee, in the amount

2  of $750; and

3        5.     Defendants shall pay Plaintiff its costs and attorney's fees, in the amount of

4  $1,500.00.

5        The Clerk is ordered to enter this Judgment.

6

7  DATED: June 17, 2013

8                                                                         Percy Anderson

9                                         UNITED STATES DISTRICT JUDGE